NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1155


THE MASSACHUSETTS INSTITUTE OF TECHNOLOGY
and ELECTRONICS FOR IMAGING, INC.,

Plaintiffs-Appellants,

v.

ABACUS SOFTWARE,

Defendant,

and

MICROSOFT CORPORATION,

Defendant-Appellee.


Russell B. Hill, Howrey LLP, of Irvine, California, argued for plaintiffs-appellants. With him on the brief were William C. Rooklidge Andrew S. Dallmann, and Alyson G. Barker.

Roy W. Hardin, Locke, Lord, Bissell & Liddell, LLP, of Dallas, Texas, argued for defendant-appellee.  With him on the brief was M. Scott Fuller.  Of counsel on the brief was Isabella E. Fu, Microsoft Corporation, of Redmond, Washington.

Appealed from:  United States District Court for the Eastern District of Texas

Judge David J. Folsom

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1155

THE MASSACHUSETTS INSTITUTE OF TECHNOLOGY
and ELECTRONICS FOR IMAGING, INC.,

Plaintiffs-Appellants,

v.

ABACUS SOFTWARE,

Defendant,

and

MICROSOFT CORPORATION,

Defendant-Appellee.

# Judgment

ON APPEAL from the    United States District Court for the
Eastern District of Texas

in CASE NO(S).        5:01-CV-344.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, FRIEDMAN, and DYK Circuit Judges )

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: October 14, 2008          / s / *Jan Horbaly*
                         Jan Horbaly, Clerk